**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUNE GARRETT<br><br>Plaintiff<br><br>v.<br><br>PENNYMAC LOAN SERVICES, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:18-CV-00718<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 14th day of June, 2018, upon review of the Report and Recommendation ("R&R") issued by Magistrate Judge Saporito (*Doc.* 10), Plaintiff June Garrett's objections to the R&R (*Doc.* 23), and Defendants' Response to Plaintiff's objections (*Doc.* 34), **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Saporito's R&R (*Doc.* 10) is **APPROVED** and **ADOPTED**.

    (a) Plaintiff June Garrett's Motion for a Temporary Restraining Order and Preliminary Injunction (*Doc.* 8) is **DENIED**.

(2) This action is **RECOMMITTED** to Magistrate Judge Saporito.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge